JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Jin Rie**, <br>   Plaintiff, <br><br>    v. <br><br> First Metro Realty, LLC, <br>   Defendant. | CV 20-03050-DSF (RAOx) <br><br><br> JUDGMENT |

 The Court having previously issued an Order to Show Cause re Dismissal for Lack of Prosecution and Plaintiff not having responded or shown a reason why the action should not be dismissed in its entirety for the failure of plaintiff to serve pursuant to Fed. R. Civ. P. 4(m),

 IT IS ORDERED AND ADJUDGED that this action be dismissed.

Date: July 22, 2020

             _____
             Dale S. Fischer
             United States District Judge